UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-51534 |
| MICHAEL AUSTIN WILLIAMS, | Chapter 7 |
| Debtor. | Judge Thomas J. Tucker |

______________________________ /

**ORDER DISMISSING CASE, AND BARRING THE DEBTOR FROM FILING ANY NEW BANKRUPTCY CASE UNLESS AND UNTIL THE DEBTOR HAS PAID IN FULL THE FILING FEE FOR THIS CASE**

On October 20, 2026, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this case, and also filed, among other documents, a "Certificate of Counseling" (Docket # 4), which states that on ***April 16, 2020***, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

The Debtor is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That provision provides in relevant part, that

> an individual may not be a debtor under this title unless such individual has, **during the 180-day period ending on the date of filing the petition** by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

(Emphasis added).

The Debtor did not receive the required credit counseling briefing during the 180-day period ending on the date of the filing of his petition. In this case, the "180-day period ending on" the petition date of October 20, 2026 began on April 23, 2026. The Debtor received the credit counseling briefing on April 16, 2020, more than six years before the 180-day period began. Because the Debtor is not eligible to be a debtor in this case, the case must be dismissed.

IT IS ORDERED that this case is dismissed.

IT IS FURTHER ORDERED that the Debtor is barred from filing any new case under the Bankruptcy Code, and the Clerk is directed not to accept for filing any further bankruptcy

petition(s) by or on behalf of the Debtor, unless and until the Debtor first pays in full the $338.00 filing fee for this case.

**Signed on October 21, 2026**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**